*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
101 W IDA B WELLS DR, 4TH FLOOR
CHICAGO, IL, 60605



**U.S. Immigration and Customs Enforcement**

Asghar, Mudasar
c/o Immigration and Customs Enforcement
Chicago Field Office

A203 681 527

## Notice of Revocation of Release

This letter is to inform you that your order of supervision has been revoked and you will be detained in the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your official alien file and a determination that there are changed circumstances in your case.

ICE has determined that you can be expeditiously removed from the United States pursuant to the outstanding order of removal against you. On 11/08/2021, you were ordered removed to Pakistan by an authorized U.S. DHS/DOJ official and you are subject to an administratively final order of removal. Your case is under current review by Pakistan for the issuance of a travel document.

Based on the above, and pursuant to 8 C.F.R. § 241.4 / 8 C.F.R. § 241.13, you are to remain in ICE custody at this time. You will promptly be afforded an informal interview at which you will be given an opportunity to respond to the reasons for the revocation. You may submit any evidence or information you wish to be reviewed in support of your release. If you are not released after the informal interview, you will receive notification of a new review, which will occur within approximately three months of the date of this notice.

You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 U.S.C. Section 1253(a).

JIMMY BAHENA
Digitally signed by JIMMY BAHENA
DN: cn=JIMMY BAHENA, o=U.S. Government, ou=People, email=Jimmy.Bahena@ice.dhs.gov, c=US
Date: 2025.07.30 16:12:06 -05'00'

_____        06/03/2025
NAME/TITLE                          _____
                                    Date

**Notice to Alien of File Custody Review**
Asghar, Mudasar 203 681 527
Page 2

---

## PROOF OF SERVICE

**(1) Personal Service**

(a) I __M. TATUM__ , __DEPORTATION OFFICER__ ,
         Name of ICE Officer                                      Title

certify that I served __Asghar, Mudasar__ with a copy of
                            Name of detainee

this document at __CHICAGO FIELD OFFICE__ on __6/03/25__ at __1400__ .
                     Institution                           Date          Time

Detainee Signature: __REFUSED TO SIGN__      Date: 06/03/2025

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File